EXHIBIT A

# THE COURT OF COMMON PLEAS, SCIOTO COUNTY, OHIO

## GENERAL DIVISION

## SUMMONS ON COMPLAINT

**JASON WELLS**
**3458 STATE ROUTE 522**
**WHEELERSBURG, OH 45694**

**22CIB00001**

    **vs.**

**PHILLIPS NORTH AMERICAN CORP.**
**222 JACOB STREET**
**CAMBRIDGEMA02141**

TO THE WITHIN NAMED DEFENDANT, PHILLIPS NORTH AMERICAN CORP.

YOU ARE HEREBY SUMMONED THAT A COMPLAINT (A COPY OF WHICH IS ATTACHED AND MADE A PART HEREOF) HAS BEEN FILED AGAINST YOU IN THIS COURT BY THE PARTY NAMED HEREIN.

YOU ARE REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY A COPY OF YOUR ANSWER TO THE COMPLAINT WITHIN 28 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE ON PLAINTIFF'S ATTORNEY. SAID ANSWER MUST BE FILED WITH THIS COURT WITHIN 3 DAYS AFTER SERVICE ON PLAINTIFF'S ATTORNEY.

THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS AS FOLLOWS:
JUSTIN ROBERT BLUME
9050 OHIO RIVER ROAD
WHEELERSBURG, OH; 45694

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

KATHY L. SHUPERT
CLERK OF COURTS

1/6/2022      BY: _B. lllllll_
Deputy Clerk

(RULE 4 1970 OHIO RULES OF CIVIL PROCEDURE)

E-FILED
01/06/2022 10:33 AM
KATHY L. SHUPERT, CLERK
COMMON PLEAS COURT
SCIOTO COUNTY OHIO
22CIB00001

IN THE COURT OF COMMON PLEAS
SCIOTO COUNTY, OHIO

JASON WELLS
3458 STATE ROUTE 522
WHEELERSBURG, OHIO 45694,

&

AMANDA WELLS
3458 STATE ROUTE 522
WHEELERSBUG, OHIO 45694,

        PLAINTIFFS,

vs.

PHILLIPS NORTH AMERICAN
CORPORATION
222 JACOB STREET
CAMBRIDGE, MASSACHUSETTS 02141,

        DEFENDANT.

**COMPLAINT WITH JURY DEMAND**

**CASE NO.** 22CIB001

---

## COUNT ONE

Now come the Plaintiffs and for their Complaint state to the Court as follows:

1. At all times herein, Plaintiffs have been residents of Scioto County residing at 3458 State Route 522, Wheelersburg, Ohio 45694.

2. Defendant is a corporation doing business in the State of Ohio.

3. Defendant designed, formulated, produced, constructed, created, assembled and/or rebuilt a Phillips C-Pap Machine, SN: H154658167244.

4. That on or around September 2021 Plaintiffs discovered that the foam in the c-pap machine was a cause of cancer and heart attack.

DERSON & ANDERSON Co., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

5. The Plaintiff, Jason Wells, was diagnosed with renal cell carcinoma in January of 2021 and had to have a portion of his kidney removed in March of 2021.

6. Defendant suffered a heart attack as a result of the defective c-pap machine.

7. The design and manufacturing of the c-pap machine was defective pursuant to O.R. C. 2307.74 in manufacturing and as a proximate result of the defective design and manufacturing, Plaintiff, Jason Wells, suffered serious injury to his kidneys and heart.

8. As a direct and proximate result of the defective design of the product, Plaintiffs have incurred and will incur further medical expenses.

9. As a direct and proximate result of the defective design, Plaintiff, Jason Wells, has endured and will continue to endure severe pain and suffering and permanent injury.

## COUNT TWO

10. Paragraphs 1 through 9 are incorporated as if fully rewritten.

11. The Phillips C-Pap Machine, SN: H154658167244 was defective as it did not conform to a representation made by the manufacturer in violation of O.R.C. 2307.73.

12. As a direct and proximate result of the nonconformance, Plaintiff, Jason Wells, suffered serious and permanent injury to his kidneys and heart.

ANDERSON & ANDERSON Co., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

13. As a direct and proximate result of the nonconformance, Plaintiffs have endured severe pain and suffering and permanent injury.

## COUNT THREE

14. Paragraphs 1 through 13 are incorporated herein as if fully rewritten.

15. The Phillips C-Pap Machine, SN: H154658167244, was defective due to an inadequate warning or instructions pursuant to the provision of O.R.C. 2307.76.

16. As a direct and proximate result of the inadequate warning or instruction, Plaintiff, Jason Wells, suffered serious and permanent injury to his kidneys and heart.

17. As a direct and proximate result of the inadequate warning or instructions, Plaintiff, Jason Wells, has incurred and will incur medical expenses.

18. As a direct and proximate result of the inadequate warning or instructions, Plaintiffs have endured and will continue to endure severe pain and suffering and permanent injury.

## COUNT FOUR

19. Paragraphs 1 through 18 are incorporated herein as if fully rewritten.

20. The Defendant has breached an express warranty as defined in O.R.C. 1302.26.

DERSON & ANDERSON CO., L.P.A
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

21. As a direct and proximate result of Defendant's breach of the express warrants, Plaintiff, Jason Wells, has incurred and will incur medical expenses.

22. As a direct and proximate result of Defendant's breach of the implied warranty, Plaintiffs have endured and will endure pain and suffering and permanent injury.

## COUNT FIVE

23. Paragraphs 1 through 22 are incorporated herein as if fully rewritten.

24. The Defendant has breached an implied warranty of merchantability as defined in O.R.C. 1302.27.

25. As a direct and proximate result of Defendant's breach of the implied warranty or merchantability, Plaintiff has incurred and will incur medical expenses.

26. As a direct and proximate result of Defendant's breach of the implied warranty, Plaintiffs have endured and will endure pain and suffering and permanent physical injury.

## COUNT SIX

27. Paragraphs 1 through 2 are incorporated herein as if fully rewritten.

28. The Defendant has breached an implied warranty of fitness as defined in O.R.C. 1302.27.

ERSON & ANDERSON CO., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

29. As a direct and proximate result of Defendant's breach of implied warranty of fitness, Plaintiff has incurred and will incur medical expenses.

30. As a direct and proximate result of Defendant's breach of implied warrant of fitness, Plaintiffs have endured and will endure pain and suffering and permanent physical injury.

## COUNT SEVEN

31. Paragraphs 1 through 30 are incorporated herein as if fully rewritten.

32. Due to the injuries sustained by Plaintiff, Jason Wells, the Plaintiff's wife, Amanda Wells, has lost services and love and affection with her husband, Jason Wells, as a direct and proximate result of the negligence of Defendant, Phillips North American Corporation.

33. The Plaintiff, Jason Wells, has been damaged as a result of the loss of consortium of his wife, Amanda Wells.

WHEREFORE, Plaintiffs pray for judgment against the Defendant in an amount in excess of $25,000.00 for:

1. Defective design pursuant to O.R.C. 2307.74.

2. Nonconformance with representation made by manufacturer pursuant to O.R.C. 2307.73.

3. Inadequate warning or instructions pursuant to O.R.C. 2307.76.

4. Breach of Express Warranty pursuant to O.R.C. 1307.26.

ANDERSON & ANDERSON Co., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

5. Breach of Implied Warranty of Merchantability as defined in O.R.C. 1302.27.

6. Breach of Warranty of Fitness as defined in O.R.C. 1302.27.

7. Amanda Wells' loss of consortium.

8. For judgment against the Defendant for lost wages.

9. For attorney fees, court costs, and any and all other relief this court may deem just and equitable.

Respectfully submitted,

**ANDERSON & ANDERSON Co., L.P.A.**
408 Park Avenue
Ironton, Ohio 45638

By    /S/Brigham M. Anderson 1/6/2022
        Brigham M. Anderson #0078174
        Co-Counsel for Plaintiffs

By    /S/Justin Blume 1/6/2022
        Justin Blume #0082105
        Co-Counsel for Plaintiffs

NDERSON & ANDERSON Co., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785



THE STATE OF OHIO
SCIOTO COUNTY, SS

JAN 06 2022

KATHY SHUPERT, CLERK

B. llllll    DEPUTY

## JURY DEMAND

Now come the Plaintiffs, by and through undersigned counsel, and move the

Court for a trial by jury in all matters.

Respectfully submitted,

**ANDERSON & ANDERSON Co., L.P.A.**

By    /S/ Brigham M. Anderson 1/6/2022
        Brigham M. Anderson #0078174
        Co-Counsel for Plaintiffs


By    /S/ Justin Blume 1/6/2022
        Justin Blume #0082105
        Co-Counsel for Plaintiffs

RSON & ANDERSON Co. L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
RONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

# EXHIBIT B

# THE COURT OF COMMON PLEAS, SCIOTO COUNTY, OHIO

## GENERAL DIVISION

## SUMMONS ON COMPLAINT

JASON WELLS
3458 STATE ROUTE 522
WHEELERSBURG, OH 45694

    vs.

                                                      22CIB00001

PHILLIPS NORTH AMERICAN CORP.
222 JACOB STREET
CAMBRIDGE MA 02141

TO THE WITHIN NAMED DEFENDANT, PHILLIPS NORTH AMERICAN CORP.

YOU ARE HEREBY SUMMONED THAT A COMPLAINT (A COPY OF WHICH IS ATTACHED AND MADE A PART HEREOF) HAS BEEN FILED AGAINST YOU IN THIS COURT BY THE PARTY NAMED HEREIN.

YOU ARE REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY A COPY OF YOUR ANSWER TO THE COMPLAINT WITHIN 28 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE ON PLAINTIFF'S ATTORNEY. SAID ANSWER MUST BE FILED WITH THIS COURT WITHIN 3 DAYS AFTER SERVICE ON PLAINTIFF'S ATTORNEY.

THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS AS FOLLOWS:
JUSTIN ROBERT BLUME
9050 OHIO RIVER ROAD
WHEELERSBURG, OH, 45694

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

                                         KATHY L. SHUPERT
                                         CLERK OF COURTS

1/6/2022                             BY: _____
                             Deputy Clerk

(RULE 4 1970 OHIO RULES OF CIVIL PROCEDURE)

Certified Article Number

9414 7266 9904 2187 5315 47

SENDER'S RECORD

USPS TRACKING #

BOSTON MA 020

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9266 9904 2189 5315 40

**United States**
**Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

KATHY SHUPERT
SCIOTO COUNTY CLERK OF COURTS
602 7TH ST RM 205
PORTSMOUTH OH  45662-3948

Return Receipt (Form 3611) Barcode

9590 9266 9904 2189 5315 40

1. Article Addressed to:

PHILLIPS NORTH AMERICAN CORP.
222 JACOB STREET
CAMBRIDGE, MA 02141

FILED

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2189 5315 47

PS Form 3611, Facsimile, July 2015

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type:
☒ Certified Mail

Reference Information
JASON WELLS -VS-
PHILLIPS NORTH AMERICAN CORP.
22C1B00001

Domestic Return Receipt

EXHIBIT C

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| **Information Current Through:** | 09/30/2021 |
| **Database Last Updated:** | 11/15/2021 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 11/23/2021 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| **Name:** | PHILIPS NORTH AMERICA LLC |
| **Address:** | 222 JACOBS STREET CAMBRIDGE, MA 02141-2289 |

### Filing Information

| | |
|---|---|
| **Identification Number:** | 0408258 |
| **Filing Date:** | 11/22/1995 |
| **State of Incorporation:** | DELAWARE |
| **Status:** | ACTIVE |
| **Business Type:** | FOREIGN LIMITED LIABILITY CO |
| **Address Type:** | MAILING |
| **Where Filed:** | SECRETARY OF STATE/ CORPORATE DIVISION STATE CAPITOL STE 152 FRANKFORT, KY 40601 |

### Registered Agent Information

| | |
|---|---|
| **Name:** | CORPORATION SERVICE COMPANY |
| **Address:** | 421 WEST MAIN STREET FRANKFORT, KY 40601 |

### Principal Information

| | |
|---|---|
| **Name:** | PHILIPS HOLDING USA INC |
| **Title:** | MEMBER |
| **Name:** | BRENT SHAFER |
| **Title:** | DIRECTOR |
| **Name:** | JAMES M MATTERN II |
| **Title:** | DIRECTOR |
| **Name:** | JOSEPH E INNAMORATI |
| **Title:** | DIRECTOR |
| **Name:** | BRENT SHAFER |
| **Title:** | PRESIDENT |
| **Name:** | JOSEPH E INNAMORATI |
| **Title:** | SECRETARY |
| **Name:** | JAMES M MATTERN II |
| **Title:** | TREASURER |

### Amendment Information

| | |
|---|---|
| **Amendments:** | 03/14/1996 MISCELLANEOUS ASSUMED NAME CORP: EDAX INTERNATIONAL |

### Additional Detail Information

| | |
|---|---|
| **Additional Details:** | BUSINESS STANDING: GOOD |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

Corporate Records & Business Registrations: PHILIPS NORTH AMERICA LLC

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2021 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT D

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| Information Current Through: | 09/30/2021 |
| Database Last Updated: | 11/15/2021 |
| Update Frequency: | MONTHLY |
| Current Date: | 11/23/2021 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| | |
|---|---|
| Name: | PHILIPS HOLDING USA INC. |
| Address: | 222 JACOBS STREET CAMBRIDGE, MA 02141-2289 |

### Filing Information

| | |
|---|---|
| Identification Number: | 0989315 |
| Filing Date: | 06/26/2017 |
| State of Incorporation: | DELAWARE |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Address Type: | MAILING |
| Where Filed: | SECRETARY OF STATE/ CORPORATE DIVISION STATE CAPITOL STE 152 FRANKFORT, KY 40601 |

### Registered Agent Information

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 421 WEST MAIN STREET FRANKFORT, KY 40601 |

### Principal Information

| | |
|---|---|
| Name: | JOSEPH E. INNAMORATI |
| Title: | DIRECTOR |
| Name: | LING LIU |
| Title: | DIRECTOR |
| Name: | VITOR ROCHA |
| Title: | DIRECTOR |
| Name: | VITOR ROCHA |
| Title: | PRESIDENT |
| Name: | JOSEPH E. INNAMORATI |
| Title: | SECRETARY |
| Name: | LING LIU |
| Title: | TREASURER |
| Name: | PAUL CAVANAUGH |
| Title: | VICE PRESIDENT |

### Additional Detail Information

| | |
|---|---|
| Additional Details: | BUSINESS STANDING: GOOD |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

# EXHIBIT E

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP,
AND MECHANICAL VENTILATOR PRODUCTS
LIABILITY LITIGATION                                        MDL No. 3014

TRANSFER ORDER

     **Before the Panel**:\* Plaintiff in the Eastern District of Pennsylvania *Starner* action moves under 28 U.S.C. § 1407 to centralize this litigation in the Eastern District of Pennsylvania or, alternatively, in the Western District of Pennsylvania.[1] This litigation consists of ten actions pending in five districts, as listed on Schedule A. The parties have informed the Panel of 104 related actions pending in 31 districts.[2]

     Plaintiffs in more than fifty actions responded to the motion. All support centralization, but differ as to the proposed transferee district. The suggested transferee districts include: the Northern District of California, the Middle District of Georgia, the Northern District of Georgia, the District of Kansas, the Eastern District of Louisiana, the District of Massachusetts, the Western District of Missouri, the District of Oregon, the Eastern District of Pennsylvania, the Western District of Pennsylvania, the Eastern District of Virginia, and the Southern District of West Virginia. Defendants Philips North America LLC and Philips RS North America LLC (collectively, Philips) likewise support centralization. Defendants suggest either the District of Massachusetts or the Western District of Pennsylvania as the transferee district.

     On the basis of the papers filed and the hearing session held,[3] we find that the actions listed

---

\* One or more Panel members who could be members of the putative classes in this litigation have renounced their participation in these classes and have participated in this decision.

[1] Movant also does not oppose centralization in the Eastern District of Louisiana or the District of Massachusetts.

[2] These and any other related actions are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1, and 7.2.

[3] In light of the concerns about the spread of the COVID-19 virus (coronavirus), the Panel heard oral argument by videoconference at its hearing session of September 30, 2021. *See* Suppl. Notice of Hearing Session, MDL No. 3014 (J.P.M.L. Sept. 13, 2021), ECF No. 134.

- 2 -

on Schedule A involve common questions of fact, and that centralization in the Western District of Pennsylvania will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions arising from Philips' recall of certain Continuous Positive Airway Pressure (CPAP), Bi-Level Positive Airway Pressure (Bi-Level PAP), and mechanical ventilator devices on June 14, 2021.[4] The recalled devices allegedly contain polyester-based polyurethane (PE-PUR) sound abatement foam that may degrade into particles or off-gas volatile organic compounds that may then be ingested or inhaled by the user, causing injury. Plaintiffs allege that defendants concealed the problems with the PE-PUR foam before the recall was announced and made misrepresentations regarding the recalled devices in connection with their marketing and sales.

Most of the actions are putative consumer class actions asserting overlapping claims for violations of state consumer protection statutes, breach of warranties, and unjust enrichment. The asserted nationwide and state classes overlap significantly. Approximately thirty actions assert individual personal injury claims. The parties support inclusion of these personal injury actions in the MDL. We concur. All of the Philips actions will raise similar factual questions regarding the recalled devices and the conduct of the recall, and will require common discovery regarding the development and safety of the recalled devices and the potential harm that can be caused by the alleged defect. *See In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination Prods. Liab. Litig.*, 363 F. Supp. 3d 1378, 1381–82 (J.P.M.L. 2019) (centralizing consumer claims for economic damages with personal injury claims). Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings, particularly with respect to class certification motions; and conserve the resources of the parties, their counsel, and the judiciary.

The Western District of Pennsylvania is an appropriate transferee district for this litigation. It appears from the parties' submissions and arguments that the recalled products were primarily manufactured by Philips RS North America LLC (formerly Philips Respironics) in Murrysville, Pennsylvania. Thus, many of witnesses and much of the documentary evidence relevant to this litigation likely will be located within the Western District of Pennsylvania. The district also presents a convenient and accessible venue for this litigation. We assign this MDL to the Honorable Joy Flowers Conti, an experienced transferee judge, who we are confident will steer this litigation on a prudent and expeditious course.

---

[4] The recalled devices include: E30 (Emergency Use Authorization); DreamStation ASV; DreamStation ST, AVAPS; SystemOne ASV4; C Series ASV; C Series S/T and AVAPS; OmniLab Advanced Plus: SystemOne (Q Series); DreamStation; DreamStation Go; Dorma 400; Dorma 500; REMStar SE Auto; Trilogy 100 Ventilator; Trilogy 200 Ventilator; Garbin Plus, Aeris, LifeVent Ventilator; A-Series BiPAP Hybrid A30; Philips A-Series BiPAP V30 Auto Ventilator; Philips A-Series BiPAP A40; and Philips A-Series BiPAP A30.

- 3 -

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside the Western District of Pennsylvania are transferred to the Western District of Pennsylvania and, with the consent of that court, assigned to the Honorable Joy Flowers Conti for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____

Karen K. Caldwell
Chair

| | |
|---|---|
| Catherine D. Perry | Nathaniel M. Gorton |
| Matthew F. Kennelly | David C. Norton |
| Roger T. Benitez | Dale A. Kimball |

IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP,
AND MECHANICAL VENTILATOR PRODUCTS
LIABILITY LITIGATION                                    MDL No. 3014

## SCHEDULE A

Dated District of Delaware

SHRACK v. KONINKLIJKE PHILIPS N.V., ET AL., C.A. No. 1:21−00989

Middle District of Florida

EMMINO v. PHILIPS NORTH AMERICA LLC, ET AL., C.A. No. 8:21−01609

Middle District of Georgia

HELLER v. KONINKELIJKE PHILIPS N.V. ET AL., C.A. No. 4:21−00111

District of Massachusetts

MANNA v. KONINKLIJKE PHILIPS N.V., ET AL., C.A. No. 1:21−11017
SHELTON v. KONINKLIJKE PHILIPS N.V., ET AL., C.A. No. 1:21−11076
GRIFFIN v. KONINKLIJKE PHILIPS N.V., ET AL., C.A. No. 1:21−11077
OLDIGS v. PHILIPS NORTH AMERICA LLC, ET AL., C.A. No. 1:21−11078
SCHUCKIT v. PHILIPS NORTH AMERICA LLC, ET AL., C.A. No. 1:21−11088
BOUDREAU, ET AL. v. PHILIPS NORTH AMERICA LLC, ET AL.,
        C.A. No. 1:21−11095

Eastern District of Pennsylvania

STARNER v. KONINKLIJKE PHILIPS N.V., ET AL., C.A. No. 2:21−02925

# EXHIBIT F

**IN THE COURT OF COMMON PLEAS**
**GENERAL DIVISION**
**SCIOTO COUNTY, OHIO**

JASON WELLS and
AMANDA WELLS,

   *Plaintiffs*,

v.

PHILIPS NORTH AMERICA
CORPORATION,

   *Defendant*.

  )
  )
  )
  )
  )
  )
  )

Case No. 22CIB00001

Hon. Mark E. Kuhn

**NOTICE OF FILING NOTICE OF REMOVAL**

**DEFENDANT PHILIPS NORTH AMERICA LLC'S[1]**
**NOTICE OF FILING NOTICE OF REMOVAL**

  **PLEASE TAKE NOTICE THAT** on February 9, 2022, Defendant in the above-captioned action removed this action to the United States District Court for the Southern District of Ohio, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is attached hereto as **Exhibit A**. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

---

[1] Plaintiffs' Complaint incorrectly names Phillips North American Corp. as the defendant.

Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:      +1.310.712.6670
Facsimile:       +1.310.712.8800
*steinbergm@sullcrom.com*

William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004-2498
Telephone:      +1.212.558.7375
Facsimile:       +1.212.558.3588
*monahanw@sullcrom.com*

*Of Counsel for Defendant Philips North America LLC*

Dated:  February 9, 2022

Respectfully submitted,

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre
Thirty-second Floor
Pittsburg, PA 15219
Telephone:      +1.412.560.7455
Facsimile:       +1.412.560.3300
*wendy.feinstein@morganlewis.com*

*Attorneys for Defendant Philips North America LLC*