IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| JASON WELLS and<br>AMANDA WELLS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PHILLIPS NORTH AMERICAN<br>CORPORATION,<br><br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:22-cv-00075-TSB<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS
PENDING TRANSFER TO MDL NO. 3014**

This matter having come before the Court by Defendant Philips North America LLC's ("Defendant")[1] Unopposed Motion to Stay all proceedings in this action pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") to transfer this action to the multidistrict litigation currently pending before Judge Conti in the Western District of Pennsylvania, *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation*, Case No. 2:21-mc-01230 (W.D. Pa.) (JFC), and the Court in all respects having been sufficiently advised. The Court finds that the Motion is well taken and should be **GRANTED**.

---

[1] Plaintiffs' Complaint incorrectly names Phillips North American Corp. as the defendant.

1

**NOW, THEREFORE, IT IS ORDERED** that the aforesaid motion is **GRANTED.** All proceedings are stayed until the JPML issues a decision and scheduling order.

DATED THIS 24th DAY OF FEBRUARY, 2022.

_____
Hon. Timothy S. Black
District Judge, Southern District of Ohio